# APPRAISAL OFFER 

**Name:** JOSE
**Address:** 48 ESSEX AVE
HIALEAH FL 33010
**Vehicle:** 2014 HONDA ACCORD 4D SEDAN SPORT
**Mileage:** 49,683    **Engine:** 2.4L
**VIN:** 1HGCR2F59EA219415
**Color:** WHITE

Contact:

ALESANDER BALLESTEROS CRUZ

7198 - MIAMI LAKES, FL
Date:

04/05/2021

## Features considered

| | |
|---|---|
| POWER LOCKS | POWER WINDOWS |
| AM/FM STEREO | CD AUDIO |
| AUXILIARY AUDIO INPUT | AIR CONDITIONING |
| REAR DEFROSTER | CRUISE CONTROL |
| ABS BRAKES | CLOTH SEATS |
| POWER SEAT(S) | POWER MIRRORS |
| ALLOY WHEELS | TRACTION CONTROL |
| SIDE AIRBAGS | OVERHEAD AIRBAGS |
| REAR SPOILER | REAR VIEW CAMERA |
| AUTOMATIC TRANSMISSION | |
| BLUETOOTH TECHNOLOGY | |

## Conditions assessed  294662

| | | | |
|---|---|---|---|
| Fluids: | Leaks Found | Front Tires: | Need to Replace |
| Driver Fender: | Ding(s) | Front Bumper: | Needs Paintwork |
| Front Seats: | Good Condition | Rear Seats: | Good Condition |
| Carpet: | Good Condition | Transmission: | Good Condition |
| Engine: | Good Condition | Rear Tires: | Good Condition |
| Wheels: | Good Condition | | |

## Appraisal offer  $12,000

This offer is valid until the close of business on 4/12/21.

## If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $720.00

**This offer is good for 7 days** and will be honored at all CarMax stores.
After 7 days, your vehicle will need to be reappraised and the **offer may change.**

### Comments

This offer is contingent on CarMax verifying the mechanical condition of your vehicle with a test drive if you decide to sell your vehicle.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

TODD F.
- CarMax Certified Appraiser

We've appraised more than 30 million vehicles. If you have questions about how we determined your offer - just ask!

## SELL US YOUR CAR today

**save time and money AND WALK AWAY WITH PAYMENT IN HAND**

When you sell to CarMax, you can avoid the hassles of selling your car yourself:
- Costly advertising
- The uncertainties of an unknown buyer
- Inspections, negotiations, and payment

**bring these items TO SELL US YOUR VEHICLE**

- Title (if it is not with a lienholder)
- Valid registration
- Valid state-issued photo ID for all titleholders
- All keys and remotes (if applicable)

**We'll buy your car even if you don't buy ours!®**

See other side for important details.