IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JOSE I. ABASCAL  
*AKA* JOSE ABASCAL  
*AKA* JOSE INDALECIO ABASCAL  
*AKA* JOSE INDALECIO ABASCAL PARRADO  
*AKA* JOSE ABASCAL PARRADO  
*AKA* JOSE I ABASCAL PARRADO  

CASE NO. 21-13823-AJC  
CHAPTER 13

       Debtor.  
_____/

**RESPONSE TO MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON PERSONAL PROPERTY**

Creditor, Capital One Auto Finance, a division of Capital One, N.A., responds to Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 20) ("Debtor's Motion") and states:

1. Creditor is the lienholder on the title to the following vehicle:

    2014 Honda Accord Sedan 4D Sport I4  
    VIN: 1HGCR2F59EA219415 ("Vehicle").

2. Creditor filed Proof of Claim Number 3-1 in the amount of $13,270.43

3. Debtor's Motion proposes to value Creditor's secured claim on the Vehicle to $12,000.00, pursuant to Section 506 of the Bankruptcy Code.

4. Creditor believes the replacement value of the Vehicle is higher than stated in the Plan, specifically $16,050.00, pursuant to the N.A.D.A. Official Used Car Guide attached hereto as Exhibit "A" and the Court's reasoning in *In re Hauser*, 405 BR 684 (Bankr. S.D. Fla. 2009) (Olson, J.) and *In re Ortiz*, 2007 WL 1176019 (Bankr. S.D. Fla. 2007) (Ray, J.).

5. Accordingly, Creditor is over-secured and its claim cannot be modified.

6. Notwithstanding the above, if an agreement cannot be reached amicably between the parties as to the value of the Vehicle, then Creditor will conduct an appraisal of the Vehicle prior to an evidentiary hearing.

**WHEREFORE**, Creditor, respectfully requests the Court deny Debtor's Motion or, in the alternative, set the matter for hearing and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF notice and first-class mail to the parties below this 30th day of June 2021.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Jose I. Abascal
48 Essex Avenue
Hialeah, FL 33010-5030

**VIA CM/ECF NOTICE**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130