# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: June 28, 2021

Customer:   Abascal, Jose

File No.:

Vehicle Description:  2014 HONDA Accord Sedan 4D Sport I4
VIN:   1HGCR2F59EA219415

**Base Values**

Retail: $   13950.00              Wholesale/Trade-in: $   11450.00

**Optional Equipment/Adjustments**

Estimated Miles    51000         $    2100.00

**Total Adjusted N.A.D.A. Used Car Guide Values**

Retail: $   16050.00              Retail/Wholesale Average: $   14800.00

Reference  04/2021 Southeastern